**Fill in this information to identify the case:**

Debtor 1: George G. Garnica

Debtor 2 (Spouse, if filing): Edelweiss T. Garnica

United States Bankruptcy Court for the: Northern District of Illinois (State)

Case number: 19-07219

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to Identify the debtor's account: 0050

**Date of payment change:**
Must be at least 21 days after date of this notice: 07/01/2019

**New total payment:** $2,050.00
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

**1. Will there be a change in the debtor's escrow account payment?**

■ No
☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:

Current escrow payment: _____   New escrow payment: _____

## Part 2: Mortgage Payment Adjustment

**2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

☐ No
■ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable non-bankruptcy law. If a notice is not attached, explain why:

Current interest rate: 4.875 %    New interest rate: 5.125 %

Current **principal and interest payment:** $1,071.39    New **principal and interest payment:** $1,088.14

## Part 3: Other Payment Change

**3. Will there be a change in the debtor's mortgage payment for a reason not listed above?**

■ No
☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
*(Court approval may be required before the payment change can take effect.)*

Reason for change: _____
Current mortgage payment: $ _____   New mortgage payment: $ _____

| Debtor 1 | George G. Garnica | | Case number *(if known)* | 19-07219 |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

x **/s/ Joel P. Fonferko**
  Signature

Date  5/13/2019

Print  **Joel P. Fonferko**
       First Name   Middle Name   Last Name

Title  Attorney for Creditor

Company  Codilis & Associates, P.C.

Address  15W030 North Frontage Road, Suite 100
         Number    Street

         Burr Ridge          IL          60527
         City                State       ZIP Code

Contact phone  (630) 794-5300

Email  ND-Two@il.cslegal.com

File #14-19-02927

Official Form 410S1               **Notice of Mortgage Payment Change**               page 2

CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on May 13, 2019 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on  May 13, 2019.

Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532 by electronic notice through ECF
George G. Garnica, Edelweiss T. Garnica, Debtor(s), 16462 S. Lakeview Dr., Lockport, IL 60441
David M Siegel, Attorney for Debtor(s), 790 Chaddick Drive, Wheeling, IL 60090 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF


                /s/ Joel P. Fonferko


Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Brenda Ann Likavec ARDC#6330036
Grant W. Simmons ARDC#6330446
Codilis & Associates, P.C.
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
14-19-02927

NOTE: This law firm is a debt collector.

![Mr. Cooper - Changing the Face of Home Loans]

8950 Cypress Waters Blvd.
Coppell, TX 75019

04/24/2019



**OUR INFO**
ONLINE
**www.mrcooper.com**

**YOUR INFO**

**PROPERTY ADDRESS**
**16462 S LAKEVIEW DR**
**LOCKPORT, IL 60441**

EDELWEISS T GARNICA
GEORGE G GARNICA
16462 S LAKEVIEW DR
LOCKPORT, IL 60441

**PERSONAL INFORMATION REDACTED**

Dear Edelweiss T Garnica and George G Garnica,

**Changes to Your Mortgage Interest Rate and Payments on 7/1/19.**

Under the terms of your Adjustable Rate Mortgage (ARM), you had a 12 month period during which your interest rate stayed the same. That period ends on 6/1/19, so on that date your interest rate and mortgage payment may change. After that, your interest rate may change every 12 month(s) for the life of your loan. Your interest rate and payment are scheduled to change again on 7/1/20.

|  | **Current Rate and Monthly Payment** | **New Rate and Monthly Payment** |
| --- | --- | --- |
| Interest Rate | 4.875% | 5.125% |
| Principal | $539.98 | $531.79 |
| Interest | $531.41 | $556.35 |
| Escrow | $961.86 | $961.86 |
| **TOTAL MONTHLY PAYMENT** | $2,033.25 | $2,050.00 due 7/1/19 |

**Interest Rate:** We will calculate your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under your loan agreement, your index rate is the WEEKLY AVERAGE YIELD ON U.S. TREASURY SECURITIES ADJUSTED TO A CONSTANT MATURITY OF 1 YEAR and your margin is 2.750%. The WEEKLY AVERAGE YIELD ON U.S. TREASURY SECURITIES ADJUSTED TO A CONSTANT MATURITY OF 1 YEAR is published WEEKLY BY THE FEDERAL RESERVE BOARD.

**Rate Limits:** Your rate cannot go higher than 9.750% or lower than 2.750% over the life of the loan. Your rate on the first change cannot be increased by more than 2.000% or decreased by more than 2.000%. On all subsequent changes, your rate will not increase by more than 2.000% or decrease by more than 2.000%.

**New Interest Rate and Monthly Payment:** The table above shows your new interest rate and new monthly payment. These amounts are based on the WEEKLY AVERAGE YIELD ON U.S. TREASURY SECURITIES ADJUSTED TO A CONSTANT MATURITY OF 1 YEAR index, your margin of 2.750%, your loan balance of $130,267.92, and your remaining loan term of 168 months.

**Prepayment Penalty:** Mr. Cooper will not assess a prepayment penalty at any time in the event you would like to pay part or all of your mortgage balance.

**Please be advised, if your monthly payments are auto drafted from your bank account, changes to your monthly payment, per the terms of your Adjustable Rate Note, will be reflected in the amount deducted from your account.**

If you have any questions, your Dedicated Loan Specialist is Dilyla Carpenter and can be reached at (866)-316-2432 or via mail at the address listed above. Our hours of operation are Monday through Thursday from 7 a.m. to 8 p.m. (CT), Friday from 7 a.m. to 7 p.m. (CT) and Saturday from 8 a.m. to 12 p.m. (CT). Visit us on the web at www.mrcooper.com for more information.

Mr. Cooper is a brand name for Nationstar Mortgage LLC. Nationstar Mortgage LLC is doing business as Nationstar Mortgage LLC d/b/a Mr. Cooper. Mr. Cooper is a registered service mark of Nationstar Mortgage LLC. All rights reserved.

Please be advised this communication is sent for informational purposes only and is not intended as an attempt to collect, assess, or recover a claim against, or demand payment from, any individual protected by the U.S. Bankruptcy Code. If this account has been discharged in a bankruptcy proceeding, be advised this communication is for informational purposes only and not an attempt to collect a debt against you; however, the servicer/lender reserves the right to exercise the legal rights only against the property securing the loan obligation, including the right to foreclose its lien under appropriate circumstances. Nothing in this communication shall be construed as an attempt to collect against the borrower personally or an attempt to revive personal liability.

If you are a successor in interest (received the property from a relative through death, devise, or divorce, and you are not a borrower on the loan) that has not assumed, or otherwise become obligated on the debt, this communication is for informational purposes only and is not an attempt to collect a debt from you personally.


EQUAL HOUSING OPPORTUNITY


Sincerely,

Mr. Cooper
Special Loans Department

If an attorney represents you, please refer this letter to such attorney and provide us with such attorney's name, address and telephone number.